UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-00098-BO-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| BOBBY DELL BULLOCK | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to BOBBY DALE BULLOCK, be changed to reflect the proper identification of the defendant as BOBBY DELL BULLOCK.

This the 25 day of July, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE