# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8677
Fax: 919-861-5555

**DATE:** October 16, 2018

**FROM:** Arthur B. Campbell
U.S. Probation Officer

**SUBJECT:** **BULLOCK, Bobby Dell**
**5:11-CR-98-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
Chief U.S. District Judge

On January 13, 2012, Bobby Dell Bullock appeared before the Honorable Terrence W. Boyle, in the Eastern District of North Carolina. He was sentenced to 60 months imprisonment with 5 years of supervised release after having been convicted of Possession with the Intent to Distribute 28 Grams or More of Cocaine Base and Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1).

On September 14, 2014, Mr. Bullock began his term of supervised release in the Eastern District of Virginia. He has remained employed, maintained a stable residence with his family and has provided access to financial information, has abstained from illegal drugs, and has had no further criminal interactions with law enforcement. He has completed 43 months of his 60 months on supervised release. Mr. Bullock's probation officer, Jami S. Pease, has requested early termination for the defendant.

The U.S. Attorney's Office has been contacted and does not object to early termination of this case.

An Order discharging the defendant from supervision is attached should the court determine that this recommended action is appropriate.

If you have any problems/questions regarding this matter, I can be reached at (919) 861-8677.

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.           Crim. No. 5:11-CR-98-1BO

BOBBY DELL BULLOCK

On September 14, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller  
Jeffrey L. Keller  
Supervising U.S. Probation Officer

/s/ Arthur B. Campbell  
Arthur B. Campbell  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8677  
Executed On: October 16, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __16__ day of __October__, 2018.

Terrence W. Boyle  
Chief U.S. District Judge